IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

TAMMY FISCHBECK,

Plaintiff,

v.

NANCY A BERRYHILL, Acting Commissioner
of Social Security,

Defendant.

Case No. 6:16 CV 00851-JR

ORDER

Magistrate Judge Russo filed her Findings and Recommendation on August 29, 2017.

The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No

objections have been timely filed. This relieves me of my obligation to give the factual

findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir.

1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

Having reviewed the legal principles de novo, I find no error.

THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Russo's Findings and

Recommendation.

Dated this 21 of day of September, 2017.

_____
Ann Aiken, United States District Judge

Order -- Page 1